UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| RENE BELMAR,<br><br>                    Plaintiff,<br><br>          -against-<br><br>G&M REALTY, et al.,<br><br>                    Defendants. | 22-CV-1576 (LTS)<br><br>ORDER |

LAURA TAYLOR SWAIN, Chief United States District Judge:

Plaintiff brings this action *pro se*. By order dated June 27, 2022, the Court dismissed Plaintiff's complaint, but granted him 30 days' leave to file an amended complaint of which the Court has subject matter jurisdiction. On July 28, 2022, the Court granted Plaintiff an additional 30 days to comply. On August 26, 2022, however, the Court received a second request from Plaintiff for an extension of time to file his amended complaint. (ECF 8, 9.)

The Court grants Plaintiff's request for another extension of time. Plaintiff is directed to file an amended complaint within 30 days of the date of this order. If Plaintiff fails to comply within the time allowed, and he cannot show good cause to excuse such failure, this action will be dismissed for lack of subject matter jurisdiction.

**CONCLUSION**

The Court grants Plaintiff's request for another extension of time to file an amended complaint. (ECF 8.) Plaintiff is directed to file an amended complaint within 30 days of the date of this order.

The Court certifies under 28 U.S.C. § 1915(a)(3) that any appeal from this order would not be taken in good faith, and therefore *in forma pauperis* status is denied for the purpose of an

appeal. *Cf. Coppedge v. United States*, 369 U.S. 438, 444-45 (1962) (holding that an appellant demonstrates good faith when he seeks review of a nonfrivolous issue).

SO ORDERED.

Dated:   August 29, 2022
         New York, New York

                                        /s/ Laura Taylor Swain
                                        LAURA TAYLOR SWAIN
                                        Chief United States District Judge