UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

RENE BELMAR,

                Plaintiff,

    -against-

G&M REALTY, ET AL,

               Defendants.

22-CV-1576(LTS)

CIVIL JUDGMENT

    For the reasons stated in the October 11, 2022, order, this action is dismissed.

    The Court certifies under 28 U.S.C. § 1915(a)(3) that any appeal from the Court's judgment would not be taken in good faith.

SO ORDERED.

Dated:   October 11, 2022
           New York, New York

                                            /s/ Laura Taylor Swain
                                            LAURA TAYLOR SWAIN
                                            Chief United States District Judge